UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-62875-CIV-MIDDLEBROOKS/REID
(15-60327-CR-MIDDLEBROOKS)

MICHAEL LOPEZ,

      Movant,
v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), issued on August 6, 2020. (DE 16). The Report recommends denying Movant Michael Lopez's *pro se* Motion to Vacate, pursuant to 28 U.S.C. § 2255. (*Id.*). Movant filed Objections to the Report, which were entered on the docket on August 24, 2020 (DE 17).

This Court has conducted a *de novo* review of the Report and the record as a whole. In this review, I have considered Movant's Objections. Movant vaguely objects to "the entire report" and "all legal arguments presented by the magistrate" and "all recommendations within the report." (DE 17 at 1). Movant states that his counsel was "unethical" and "coached movant to . . . agree to [the] judge['s] questions in the court." (DE 17 at 2). Movant further claims that due to "delay in the proceedings, movant was not afforded any opportunity to amend nor add attached affidavits in support [of] his constitutional violations." (DE 17). Movant does not explain what clarifying information or evidence he would have presented, nor does he describe the substance of any affidavits he was prevented from submitting for the court's consideration. There is no indication

in this record that Movant was ever precluded from fully and fairly presenting all of his arguments to the court.

Upon review, I agree with Magistrate Judge Reid's conclusions, and find that the reasoning in the Report is accurate and thorough. Further, I find that Movant has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Movant's Objections to the Magistrate's Report (DE 17) are **OVERRULED**.

(2) Magistrate Judge Reid's Report (DE 16) is hereby **ADOPTED**.

(3) Movant Michael Lopez's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(4) A Certificate of Appealability is **DENIED**.

(5) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(6) All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of September, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Lisette Reid;
Counsel of Record;
Michael Lopez, 13673-104
Englewood
Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123
PRO SE